# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, D.J. SMITH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**ROBERT A. BECERRA**
**PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS**

**NMCCA 201400077**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 7 November 2013.
**Military Judge:** CAPT Colleen Glaser-Allen, JAGC, USN.
**Convening Authority:** Commanding Officer, Marine Corps Security Force Regiment, Williamsburg, VA.
**Staff Judge Advocate's Recommendation:** Col G.W. Riggs, USMC.
**For Appellant:** LCDR Shannon Llenza, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**27 May 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court